# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CV 11413

LEONARDO SEGATT,

Plaintiff(s)

against

GSI HOLDINGS CORP., ET AL.,

Defendant(s)

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT) IN A CIVIL ACTION WITH EXHIBITS**

STATE OF MASSACHUSETTS, COUNTY OF MIDDLESEX SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides IN THE STATE OF MASSACHUSETTS

That on 12/21/07 at 2:45 P.M., at 200 CLARENDON STREET, BOSTON, MA 02116-54TH FLOOR deponent served the within summons, and complaint on CHARLESBANK COINVESTMENT PARTNERS, LIMITED PARTNERSHIP C/O CHARLESBANK CAPITAL PARTNERS, LLC defendant therein named,

IN A CIVIL ACTION WITH EXHIBITS

**CORPORATION** ☒ a DOMESTIC corporation, by delivering thereat a true copy of each to JASON SHEPARD, GENERAL COUNSEL personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at ... and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**DESCRIPTION:** ☒ Male, ☒ White Skin, ☒ Brown Hair, ☒ 36-50 Yrs., ☒ Over 6', ☒ 161-200 Lbs.

I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York...

Sworn to before me on the 21st day of December 2007

Elena M. Nardizzi

DEAN NICHOLS

ELENA M. NARDIZZI
Notary Public
Commonwealth of Massachusetts
12/21/11