B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative
Methods: Corp. or Ind.: Military Service, 10 pt. type, 1-95

UNITED STATES DISTRICT COURT
**COURT**   SOUTHERN DISTRICT OF NEW YORK

COUNTY OF

LEONARDO SEGATT,                                                    Index No. 07 CV 11413

                                    Plaintiff(s)          **AFFIDAVIT OF**
              *against*                                   **SERVICE OF SUMMONS**
                                                          **(AND COMPLAINT)**
GSI HOLDINGS CORP., ET AL.,                               IN A CIVIL ACTION
                                    Defendant(s)          WITH EXHIBITS

STATE OF ~~NEW YORK~~ MASSACHUSETTS, COUNTY OF MIDDLESEX       SS:   The undersigned, being duly sworn, deposes and says; deponent is not a
party herein, is over 18 years of age and resides ~~at~~ IN THE STATE OF MASSACHUSETTS
                                                at  2:45P. M., at 200 CLARENDON STREET, BOSTON, MA 02116—54TH FLOOR
That on   12/21/07                                            CHARLESBANK EQUITY FUND V GP,               defendant therein named,
deponent served the within summons, *and complaint on*        LIMITED PARTNERSHIP
IN A CIVIL ACTION WITH EXHIBITS                               C/O CHARLESBANK CAPITAL PARTNERS, LLC

**INDIVIDUAL**
**1.** ☐     by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as
             said defendant therein.
**CORPORATION**
**2.** ☒     a   DOMESTIC        corporation, by delivering thereat a true copy *of each* to JASON SHEPARD, GENERAL COUNSEL
             personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and
             knew said individual to be  MANAGING AGENT        thereof.
**SUITABLE AGE PERSON**                                                            a person of suitable age
**3.** ☐     by delivering thereat a true copy *of each* to
             and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.
**AFFIXING TO DOOR, ETC.**
**4.** ☐     by affixing a true copy *of each* to the door of said premises, which is defendant's—actual place of business—dwelling place—
             usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age
             and discretion thereat, having called there

**MAILING TO RESIDENCE**
**USE WITH 3 OR 4**
**5A.** ☐    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to
             defendant at defendant's last known residence, at                                    and deposited
             said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.
**MAILING TO BUSINESS**
**USE WITH 3 OR 4**
**5B.** ☐    Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly
             addressed to defendant at defendant's actual place of business, at
             in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore
             the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the
             communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION**
**USE WITH**
**1, 2, OR 3**
☒

| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
|---|---|---|---|---|---|---|
| ☐ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☒ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**USE IN NYC CIVIL CT.**
☐       The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional
        legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE**
☐       I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any
        capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of
        my information and the grounds of my belief are the conversations and observations above narrated. Upon information and
        belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either
        the State or in the Federal statutes.

Sworn to before me on  the  21st  day of  December 2007          DEAN NICHOLS
                                                                 PRINT NAME BENEATH SIGNATURE

                                                                 License No. ...........................

**INSTRUCTIONS:** Check appropriate boxes and fill in blanks. Delete inappropriate *italicized* language and military service allegation if not applicable.