UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **LEONARDO SAGATT** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | 07 CV 11413 (WHP) |
| : | |
| **GSI HOLDINGS CORP., et. al.** : | |
| : | |
| **Defendants.** : | |
| : | |

---

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendants GSI Holdings Corp. and William J. Branch and hereby requests that all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated:  Princeton, New Jersey
        January 22, 2008

        **PEPPER HAMILTON LLP**

        By:   s/ Angelo A. Stio III
                 Angelo A. Stio III [AS 7880]

        Suite 400
        301 Carnegie Center
        Princeton, NJ 08543-5276
        (609) 452-0808 (tel.)
        (609) 452-1147 (fax)

        *Attorneys for Defendants GSI Holdings Corp and William J. Branch*