UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEONARDO SEGATT,

        Plaintiff,

v.                                                              07 CV 11413 (WHP)

GSI HOLDINGS CORP., et. al.                ECF CASE
                                                            MOTION FOR ADMISSION
                                                            OF JOSEPH C. CRAWFORD
       Defendants.                                   *PRO HAC VICE*

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Angelo A. Stio III, a member in good standing of the bar of this Court and counsel for Defendants GSI Holdings Corp. and William J. Branch in this action, hereby move for an Order allowing the admission of:

        Joseph C. Crawford
        Pepper Hamilton LLP
        3000 Two Logan Square
        Eighteenth and Arch Streets
        Philadelphia, Pennsylvania 19103-2799
        215.981.4000
        215.981.4750 fax

Mr. Crawford is a member in good standing of the bar of the Commonwealth of

Pennsylvania. There are no pending disciplinary proceedings against Mr. Crawford in any State or Federal Court.

                                      Respectfully submitted,

                                      _____
                                      Angelo A. Stio III (AS 7880)
                                      Pepper Hamilton LLP
                                      The New York Times Building
                                      37th Floor
                                      620 Eighth Avenue
                                      New York, New York 10018-1405
                                      *Attorneys for Defendants GSI Holdings Corp.*
                                      *and William J. Branch*

Dated: Princeton, New Jersey
         March 6, 2008

**TO:**    Admissions Clerk
          U.S. District Court for the
          Southern District of New York
          Daniel Patrick Moynihan
          United States Courthouse
          500 Pearl Street
          New York, New York 10007-1312

          Honorable William H. Pauley, U.S.D.J.
          U.S. District Court for the
          Southern District of New York
          Daniel Patrick Moynihan
          United States Courthouse
          500 Pearl Street
          New York, New York 10007-1312

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LEONARDO SEGATT, | : |
| Plaintiff, | : |
| v. | : 07 CV 11413 (WHP) |
| GSI HOLDINGS CORP., et. al. | : ECF CASE |
| | : RULE 7.1 DISCLOSURE |
| | : STATEMENT |
| Defendants. | : |

---

Pursuant to Fed. R. Civ. P. 7.1. and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant GSI Holdings Corp. ("GSI") certifies that GSI has no corporate parents, or publicly held corporations that own more than 10% of its stock.

Dated: March 6, 2008

_____
Angelo A. Stio III (AS 7880)
Pepper Hamilton LLP
The New York Times Building
37th Floor
620 Eighth Avenue
New York, New York 10018-1405
*Attorneys for Defendants GSI Holdings Corp.
and William J. Branch*

#8277210 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDO SEGATT,<br><br>        Plaintiff,<br><br>v.<br><br>GSI HOLDINGS CORP., et. al.<br><br><br><br>        Defendants. | 07 CV 11413 (WHP)<br><br>ECF CASE<br>AFFIDAVIT OF ANGELO A.<br>STIO III ON MOTION FOR<br>ADMISSION OF<br>JOSEPH C. CRAWFORD<br>*PRO HAC VICE* |

STATE OF NEW JERSEY  )
                           : s.s.
COUNTY OF MERCER    )

        ANGELO A. STIO III being duly sworn, deposes and says:

        1.     I am a Partner with the law firm of Pepper Hamilton LLP, counsel for Defendants GSI Holdings Corp. and William J. Branch (collectively "GSI Defendants") in the above-captioned action. I am familiar with the pleadings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the GSI Defendants to admit Joseph C. Crawford, Esq. as counsel *pro hac* vice to represent the GSI Defendants in this matter.

        2.     I am a member in good standing of the bars of the State of New York, State of New Jersey, and Commonwealth of Pennsylvania, and was first admitted to practice law in New York in January 1998. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

        3.     I have known Mr. Crawford since approximately March 2006.

-2-

4.  Mr. Crawford is a Partner in the law firm of Pepper Hamilton LLP, 3000 Two Logan Square, Eighteenth and Arch Streets, Philadelphia, Pennsylvania, and a member of the bar of the Commonwealth of Pennsylvania (1979). A Certificate of Good Standing is attached hereto as Exhibit A.

5.  I have found Mr. Crawford to be a skilled attorney and person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move for the admission of Joseph C. Crawford, *pro hac* vice.

7.  I respectfully submit a proposed Order granting the admission of Joseph C. Crawford, *pro hac* vice, to represent the GSI Defendants in the above-captioned matter, be granted.

Respectfully submitted,

_____
Angelo A. Stio III (AS 7880)

Sworn to and Subscribed
before me this ____ day of
_____, 2008.

_____
Notary Public

PATRICIA A. HOLLERBACH
NOTARY PUBLIC OF NEW JERSEY
COMMISSION EXPIRES JULY 11, 2010

#9416236 v1 (130666.6)

# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Joseph Colin Crawford, Esq.*

**DATE OF ADMISSION**

*October 30, 1979*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 19, 2008

John W. Person, Jr., Esq.
Deputy Prothonotary

## CERTIFICATE OF SERVICE

I hereby certify that on this ___6th___ day of March 2008, a copy of the foregoing Motion for Admission *Pro Hac Vice*, along with the accompanying Affidavit of Angelo A. Stio III and Exhibits, was served by Federal Express overnight mail upon the following counsel of record:

>Mark P. Zimmett, Esq.
>Law Offices of Mark P. Zimmett
>126 East 56th Street
>New York, New York 10022
>
>*Attorneys for Plaintiff Leonardo Segatt*
>
>David W. Haller, Esq.
>Covington & Burling, LLP
>The New York Times Building
>620 Eighth Avenue
>New York, New York 10018-1405
>
>*Attorneys for Defendants Charlesbank Equity Fund V, Limited Partnership, CB Offshore Equity Fund V, L.P., Charlesbank Equity Coinvestment Partners Limited Partnership, Charlesbank Equity Fund V GP, Limited Partnership and Charlesbank Capital Partners, LLC*

_____
Angelo A. Stio III (AS 7880)

-3-

#9414624 v1 (130666.6)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDO SEGATT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GSI HOLDINGS CORP., et. al.<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:　07 CV 11413 (WHP)<br>:<br>:<br>:<br>:<br>: |

## ORDER ADMITTING JOSEPH C. CRAWFORD *PRO HAC VICE*

AND NOW, this ____ day of _____, 2008, IT IS HEREBY ORDERED that Joseph C. Crawford is admitted *pro hac vice* to represent Defendants GSI Holdings Corp. and William J. Branch in this action.

_____
The Hon. William H. Pauley, U.S.D.J.