UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SEGATT,

        Plaintiff,

    -against-

GSI HOLDING CORP. et. al.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 11413 (WHP)

ORDER GRANTING
ADMISSION PRO HACE VICE

WILLIAM H. PAULEY III, District Judge:

    Having reviewed the Notice of Motion and the Affidavit of Angelo A. Stio III, Esq. in support of admitting Frank H. Griffin, Esq. to appear pro hac vice, it is hereby

ORDERED that Mr. Griffin be admitted to this Court pro hac vice to represent Defendants GSI Holdings Corp. and William J. Branch in the above-captioned action.

    The attorney admitted pro hac vice must serve a copy of this Order on all other parties who have appeared in this action.

Dated:    March 13, 2008
           New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                            U.S.D.J.