UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
:
SEGATT,
:
          Plaintiff,      :    07 Civ. 11413 (WHP)
:
    -against-              SCHEDULING ORDER NO. 1
:
GSI HOLDING CORP. et. al.,
:
          Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for all parties having appeared for a March 14, 2008 conference, the following schedule is established on consent:

1. Defendants shall file and serve their motions to dismiss by March 28, 2008;

2. Plaintiff shall file and serve his opposition to the motions by April 18, 2008;

3. Defendants shall file and serve their replies on the motion by April 28, 2008;

4. This Court will hold oral argument on May 9, 2008 at 10:30 a.m.;

5. All discovery shall be completed by September 15, 2008;

6. The parties shall submit a joint pre-trial order in accord with this Court's individual practices by October 17, 2008; and

      7.   This Court will hold a final pre-trial conference on October 31, 2008 at 10:30 a.m.

Dated: March 14, 2008
      New York, New York

SO ORDERED:

_____<br>WILLIAM H. PAULEY III<br>U.S.D.J.

*Counsel of Record*

Mark P. Zimmett, Esq.
126 East 56th Street
New York, NY 10022
*Counsel for Plaintiff*

Angelo Anthony Stio, III, Esq.
Pepper Hamilton LLP
301 Carnegie Center
Suite 400
Princeton, NJ 08543
*Counsel for Defendants GSI Holdings and William J. Branch*

David W. Haller, Esq.
Covington & Burling LLP
620 Eighth Ave.
New York, NY 10018
212-841-1000
*Counsel for Defendants Charlesbank Equity Fund V, LP, CB Offshore Equity Fund V, LP, Charlesbank Equity Coinvestment Fund V LP, Charlesbank Coinvestment Partners LP, Charlesbank Equity Fund V GP, LP and Charlesbank Capital Partners LLP*