UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | | |
|---|---|---|
| LEONARDO SEGATT, | ) | |
| | ) | |
| Plaintiff, | ) | No.: 07 CV 11413 (WHP) |
| | ) | |
| - against - | ) | ECF Case |
| | ) | |
| GSI HOLDINGS CORP., WILLIAM J. BRANCH, CHARLESBANK EQUITY FUND V, LIMITED PARTNERSHIP, CB OFFSHORE EQUITY FUND V, L.P., CHARLESBANK EQUITY COINVEST-MENT FUND V, LIMITED PARTNERSHIP, CHARLESBANK COINVESTMENT PARTNERS, LIMITED PARTNERSHIP, CHARLESBANK EQUITY FUND V GP, LIMITED PARTNERSHIP and CHARLESBANK CAPITAL PARTNERS, LLC, | ) ) ) ) ) ) ) ) ) | PARTIES' JOINT DISCOVERY PLAN |
| Defendants. | ) | |

-----------------------------------------------------------

Plaintiff hereby files on behalf, and with the consent, of counsel for all parties the following joint discovery plan (for the convenient reference of the Court and the parties, the dates scheduled by the Court's orders dated January 9, 2008 and March 14, 2008 are shown along side the discovery plan entries):

| Date | Pretrial Schedule Based on Court's Orders Dated Jan. 9, 2008 and March 14, 2008 | Joint Discovery Plan |
|---|---|---|
| March 28, 2008 | Defendants file and serve their motions to dismiss | |
| March 28, 2008 | Parties file a Joint Discovery Plan. | |
| April 4, 2008 | | Parties' Rule 26(a) exchange of documents and information |

| Date | Pretrial Schedule Based on Court's Orders Dated Jan. 9, 2008 and March 14, 2008 | Joint Discovery Plan |
|---|---|---|
| April 4, 2008 | Pretrial conference with the Court at 11:30 am to discuss pretrial schedule (this conference may have been superseded by the March 14, 2008 conference) | |
| April 14, 2008 | | Parties serve their initial demands for additional written discovery (e.g., interrogatories, evidentiary documents, admissions) |
| April 18, 2008 | Plaintiff files and serves his opposition to the motions to dismiss | |
| April 28, 2008 | Defendants file and serve their replies on their motions to dismiss | |
| May 9, 2008 | Argument of Defendants' motions to dismiss at 10:30 am | |
| May 14, 2008 | | Responses due to initial demands for additional written discovery |
| June 13, 2008 | | Parties serve initial notices for depositions |
| September 15, 2008 | Discovery to be completed | |
| October 17, 2008 | Parties file joint pretrial order in accord with the Court's individual practices | |
| October 31, 2008 | Final pretrial conference at 10:30am | |

Dated: New York, New York
March 27, 2008

LAW OFFICES OF MARK P. ZIMMETT

By: _____
Mark P. Zimmett (MZ 8735)

Attorneys for Plaintiff
126 East 56th Street
New York, New York 10022
(212) 755-0808

So Ordered:

_____
U.S.D.J.