UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Leonardo Segatt,

                Plaintiff,            07 Civ. 11413 (WHP)(JCF)

    - against -

GSI Holdings Corp., William J. Branch, Charlesbank    **CHARLESBANK**
Equity Fund V, Limited Partnership, CB Offshore    **DEFENDANTS'**
Equity Fund V, L.P., Charlesbank Equity    **RULE 7.1**
Coinvestment Fund V, Limited Partnership,    **STATEMENT**
Charlesbank Coinvestment Partners, Limited
Partnership, Charlesbank Equity Fund V GP,
Limited Partnership, and Charlesbank Capital
Partners, LLC,

                Defendants.
-------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1, defendants Charlesbank Equity Fund V, Limited Partnership, CB Offshore Equity Fund V, L.P., Charlesbank Equity Coinvestment Fund V, Limited Partnership, Charlesbank Coinvestment Partners, Limited Partnership, Charlesbank Equity Fund V GP, Limited Partnership, and Charlesbank Capital Partners, LLC (collectively the "Charlesbank Defendants") state the following:

       The Charlesbank Defendants do not have a parent corporation, and no publicly held company owns 10% or more of the Charlesbank Defendants' stock.

Dated:    New York, New York
           March 28, 2008

                                                              Respectfully submitted,

                                                             COVINGTON & BURLING LLP

                                                              By: s/ David W. Haller
                                                                      David W. Haller

The New York Times Building
620 Eighth Avenue
New York, New York  10018-1405
(212) 841-1000

*Attorneys for Defendants Charlesbank Equity Fund V, Limited Partnership, CB Offshore Equity Fund V, L.P., Charlesbank Equity Coinvestment Fund V, Limited Partnership, Charlesbank Coinvestment Partners, Limited Partnership, Charlesbank Equity Fund V GP, Limited Partnership, and Charlesbank Capital Partners, LLC*