UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
Leonardo Segatt,                                        :
                                                        :
                        Plaintiff,                      :      07 Civ. 11413 (WHP)(JCF)
                                                        :
            -against-                                   :
                                                        :
GSI Holdings Corp., William J. Branch,                  :      **NOTICE OF MOTION**
Charlesbank Equity Fund V, Limited Partnership,         :
CB Offshore Equity Fund V, L.P., Charlesbank            :
Equity Coinvestment Fund V, Limited Partnership,        :
Charlesbank Coinvestment Partners, Limited              :
Partnership, Charlesbank Equity Fund V GP,              :
Limited Partnership, and Charlesbank Capital            :
Partners, LLC,                                          :
                                                        :
                        Defendants.                     :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        PLEASE TAKE NOTICE that, upon the accompanying memorandum of law,

dated March 28, 2008, and all prior pleadings and proceedings herein, defendants

Charlesbank Equity Fund V, Limited Partnership, CB Offshore Equity Fund V, L.P.,

Charlesbank Equity Coinvestment Fund V, Limited Partnership, Charlesbank

Coinvestment Partners, Limited Partnership, Charlesbank Equity Fund V GP, Limited

Partnership, and Charlesbank Capital Partners, LLC hereby move this Court, before the

Honorable William H. Pauley, at the United States Courthouse, 500 Pearl Street, Room

11D, New York, New York as soon as counsel may be heard, for an Order pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiff's Complaint

for failure to state a claim on which relief can be granted, and for such other and further

relief as the Court may deem just and proper.

Dated: New York, New York
       March 28, 2008

                                        Respectfully submitted,

                                        COVINGTON & BURLING LLP

                                        By: s/ David W. Haller
                                            David W. Haller

                                        The New York Times Building
                                        620 Eighth Avenue
                                        New York, New York  10018-1405
                                        (212) 841-1000

                                        *Attorneys for Defendants Charlesbank
                                        Equity Fund V, Limited Partnership, CB
                                        Offshore Equity Fund V, L.P.,
                                        Charlesbank Equity Coinvestment Fund
                                        V, Limited Partnership, Charlesbank
                                        Coinvestment Partners, Limited
                                        Partnership, Charlesbank Equity Fund V
                                        GP, Limited Partnership, and
                                        Charlesbank Capital Partners, LLC*

TO:

Mark P. Zimmett
LAW OFFICES OF MARK P. ZIMMETT
125 East 56th Street
New York, New York  10022
(212) 755-0808

*Attorney for Plaintiff*

Joseph C. Crawford
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19102-2799
(215) 981-4000

*Attorneys for Defendants GSI Holdings Corp. and William J. Branch*