UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

| | |
|---|---|
| LEONARDO SEGATT | : |
| Plaintiff, | : |
| v. | : 07 CV 11413 (WHP) |
| GSI HOLDINGS CORP., et. al. | : |
| Defendants. | : |

------------------------------------------------

## DEFENDANT GSI HOLDINGS CORP. AND WILLIAM J. BRANCH'S
## MOTION TO DISMISS THE COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants

GSI Holdings Corp. and William J. Branch hereby move this Court for an Order dismissing

Plaintiff's Complaint with prejudice for failure to state a claim upon which relief can be granted.

The legal bases of Defendants' motion is set forth in detail in the accompanying Memorandum

of Law

Respectfully submitted,

___/s/ Joseph C. Crawford___
Angelo A. Stio, III (AS 7880)
Pepper Hamilton LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 452-0808

Joseph C. Crawford (admitted *pro hac vice*)
Frank H. Griffin, IV (admitted *pro hac vice*)
Pepper Hamilton LLP
Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
(215) 981-4000
*Attorneys for Defendants GSI Holdings Corp*
*and William J. Branch*

Dated: March 28, 2008

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LEONARDO SEGATT** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : 07 CV 11413 (WHP) |
| | : |
| **GSI HOLDINGS CORP., et. al.** | : |
| | : |
| **Defendants.** | : |
| | : |

## ORDER

AND NOW, this _____ day of _____, 2008, upon consideration of

Defendants GSI Holdings Corp. and William J. Branch's Motion to Dismiss the Complaint, it is

hereby ORDERED that Defendants Motion is GRANTED and Plaintiff's Complaint is

DISMISSED with prejudice.

_____
Pauley, J.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March 2008, a copy of the foregoing

Motion to Dismiss the Complaint, along with the accompanying memorandum of law and Griffin

Declaration, was served on counsel identified below by filing the document on the Court's ECF

system, where it is available for viewing and downloading, and by electronic mail.

>Mark P. Zimmett
>Law Offices of Mark P. Zimmett
>126 East 56th Street
>New York, New York 10022
>
>*Attorney for Plaintiff*
>
>David W. Haller
>Covington & Burling LLP
>The New York Times Building
>620 Eighth Avenue
>New York, NY 10018
>
>*Attorneys for the Charlesbank Defendants*
>
>      /s/ Frank H. Griffin, IV
>Frank H. Griffin, IV