


**LAW OFFICES OF**

# MARK P. ZIMMETT

126 EAST 56TH STREET
NEW YORK 10022

(212) 755-0808
FAX: (212) 755-0888

mzimmett@mpzlaw.com

April 17, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/08

**BY HAND**

Hon. William H. Pauley III
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Segatt v. GSI Holdings Corp. et al.,
07 CV 11413 (WJP) (ECF CASE)

Dear Judge Pauley:

I am counsel to Plaintiff in this action. I am writing to request permission to file tomorrow a single memorandum of law exceeding 25 pages in opposition to Defendants' two motions to dismiss the Complaint.

Defendants served two separate memoranda of law. Each is 25 pages. Rather than respond separately with two memoranda, I have prepared a single memorandum. Although I have reduced its length, I expect it to be approximately 33 pages.

I thought a single memorandum, albeit longer than 25 pages, would be preferable to – and shorter than – two separate memoranda. Accordingly, I request permission to file tomorrow a single memorandum of approximately 33 pages.

Respectfully,

Mark P. Zimmett

cc:   Joseph C. Crawford (via email and US mail)
      David W. Haller (via email and US mail)

Application Granted
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
4/18/08