UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDO SEGATT,<br><br>                Plaintiff,<br><br>  - against -<br><br>GSI HOLDINGS CORP., WILLIAM J. BRANCH, CHARLESBANK EQUITY FUND V, LIMITED PARTNERSHIP, CB OFFSHORE EQUITY FUND V, L.P., CHARLESBANK EQUITY COINVESTMENT FUND V, LIMITED PARTNERSHIP, CHARLESBANK COINVESTMENT PARTNERS, LIMITED PARTNERSHIP, CHARLESBANK EQUITY FUND V GP, LIMITED PARTNERSHIP and CHARLESBANK CAPITAL PARTNERS, LLC,<br><br>                Defendants. | 07 Civ. 1413 (WHP)(JCF)<br>ECF Case<br><br>NOTICE OF MOTION FOR RELIEF FROM JUDGMENT, RECONSIDERATION AND LEAVE TO AMEND AND SUPPLEMENT COMPLAINT |

TAKE NOTICE that upon the accompanying Plaintiff's Memorandum dated August 6, 2008 and all the prior pleadings and proceedings in this action, the undersigned will move this Court before the Honorable William H. Pauley III at the United States Courthouse, 500 Pearl Street, New York City at 9:00 a.m. on August 28, 2008, or as soon thereafter as the Court permits, for an order, pursuant to Rules 15(a) and (d), 59(e) and 60(b) of the Federal Rules of Civil Procedure or Local Rule 6.3 of this Court, setting aside or vacating the Judgment in this action entered on August 4, 2008 and, based on newly discovered facts, granting reconsideration of this Court's Memorandum and Order entered on August 1, 2008, which granted Defendants' motions to dismiss, permitting Plaintiff to amend and supplement his Complaint, and granting such other and further relief as may be appropriate.

TAKE FURTHER NOTICE that, pursuant to Rules 5 and 6 of the Federal Rules of Civil Procedure and to Local Rule 6.1 of this Court, all answering papers and memoranda, if any, must be served on the undersigned no later than August 20, 2008 by hand delivery.

Dated: New York, New York
       August 6, 2008

                          LAW OFFICES OF MARK P. ZIMMETT

                          By: _____
                              Mark P. Zimmett (MZ 8735)

                          Attorneys for Plaintiff
                          126 East 56th Street
                          New York, New York 10022
                          (212) 755-0808

To:    David W. Haller
        Covington & Burling LLP
        Attorneys for Charlesbank Equity Fund V,
        Limited Partnership, CB Offshore Equity
        Fund V, L.P., Charlesbank Equity Coinvestment
        Fund V, Limited Partnership, Charlesbank
        Coinvestment Partners, Limited Partnership,
        Charlesbank Equity Fund V GP, Limited
        Partnership and Charlesbank Capital Partners, LLC
        The New York Times Building
        620 Eighth Avenue
        New York, NY 10018-1405
        (212) 841-1057

        Joseph C. Crawford
        Pepper Hamilton LLP
        Attorneys for Defendants GSI
        Holdings Corp. and William J. Branch
        The New York Times Building
        620 Eighth Avenue, 37th Floor
        New York, NY 10018-1405
        (212) 808-2700