UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LEONARDO SEGATT,

                                    Plaintiff,

         - against -

GSI HOLDINGS CORP., WILLIAM J. BRANCH,
CHARLESBANK EQUITY FUND V, LIMITED
PARTNERSHIP, CB OFFSHORE EQUITY FUND V,
L.P., CHARLESBANK EQUITY COINVEST-
MENT FUND V, LIMITED PARTNERSHIP,
CHARLESBANK COINVESTMENT PARTNERS,
LIMITED PARTNERSHIP, CHARLESBANK
EQUITY FUND V GP, LIMITED PARTNERSHIP
and CHARLESBANK CAPITAL PARTNERS, LLC,

                                    Defendants.

07 Civ. 1413 (WHP)(JCF)
ECF Case

NOTICE OF MOTION FOR
RELIEF FROM JUDGMENT,
RECONSIDERATION AND
LEAVE TO AMEND AND
SUPPLEMENT COMPLAINT

   TAKE NOTICE that upon the accompanying Plaintiff's Memorandum dated August 6, 2008 and all the prior pleadings and proceedings in this action, the undersigned will move this Court before the Honorable William H. Pauley III at the United States Courthouse, 500 Pearl Street, New York City at 9:00 a.m. on August 28, 2008, or as soon thereafter as the Court permits, for an order, pursuant to Rules 15(a) and (d), 59(e) and 60(b) of the Federal Rules of Civil Procedure or Local Rule 6.3 of this Court, setting aside or vacating the Judgment in this action entered on August 4, 2008 and, based on newly discovered facts, granting reconsideration of this Court's Memorandum and Order entered on August 1, 2008, which granted Defendants' motions to dismiss, permitting Plaintiff to amend and supplement his Complaint, and granting such other and further relief as may be appropriate.

   TAKE FURTHER NOTICE that, pursuant to Rules 5 and 6 of the Federal Rules of Civil Procedure and to Local Rule 6.1 of this Court, all answering papers and memoranda, if any, must be served on the undersigned no later than August 20, 2008 by hand delivery.

Dated: New York, New York
      August 6, 2008

LAW OFFICES OF MARK P. ZIMMETT

By:_____

      Mark P. Zimmett (MZ 8735)

Attorneys for Plaintiff
126 East 56th Street
New York, New York 10022
(212) 755-0808

To:    David W. Haller
      Covington & Burling LLP
      Attorneys for Charlesbank Equity Fund V,
      Limited Partnership, CB Offshore Equity
      Fund V, L.P., Charlesbank Equity Coinvestment
      Fund V, Limited Partnership, Charlesbank
      Coinvestment Partners, Limited Partnership,
      Charlesbank Equity Fund V GP, Limited
      Partnership and Charlesbank Capital Partners, LLC
      The New York Times Building
      620 Eighth Avenue
      New York, NY 10018-1405
      (212) 841-1057

      Joseph C. Crawford
      Pepper Hamilton LLP
      Attorneys for Defendants GSI
      Holdings Corp. and William J. Branch
      The New York Times Building
      620 Eighth Avenue, 37th Floor
      New York, NY 10018-1405
      (212) 808-2700