# Pepper Hamilton LLP
#### Attorneys at Law

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
215.981.4000
Fax 215-981-4750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

August 20, 2008

Joseph C. Crawford
direct dial: (215) 981-4409
(direct fax) 267-200-0805
crawfordjc@pepperlaw.com



AUG 21 2008

**Via Federal Express**

The Hon. William H. Pauley III
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: <u>Segatt v. GSI Holdings Corp., et. al., 07 CV 11413 (WJP) (ECF CASE)</u>

Dear Judge Pauley:

      We represent Defendants GSI Holdings Corp. and William J. Branch ("GSI Defendants" in the above-captioned action, and are writing on behalf of GSI Defendants and Plaintiff regarding Plaintiff's pending Motion for Reconsideration of the Court's August 1, 2008 Opinion and Order. Plaintiff's Motion was filed on August 6, 2008. When the motion was filed, Plaintiff set a return date of August 28, 2008.

      On August 6, Plaintiff filed and served the motion through the Court's ECF system, but also served additional copies on GSI Defendants by hand delivery. I operated on the assumption that the ECF service rules governed the timing for filing the opposition and reply briefs and that my opposition would, therefore, be due on August 25. <u>Counsel for all parties have agreed that the following schedule will apply to the GSI Defendants' response to the motion and Plaintiff's subsequent reply.</u>

| <u>Defendant's Opposition due:</u> | <u>8/25/08</u> |
|---|---|
| <u>Plaintiff's Reply due:</u> | <u>9/5/08</u> |

**Pepper Hamilton LLP**
Attorneys at Law

The Hon. William H. Pauley III
Page 2
August 20, 2008

      The September 5, 2008 deadline for reply briefs will apply even if one or both of the defense firms file their opposition briefs before August 25, 2008.

      I respectfully request that the Court approve this schedule. To the extent it is necessary, I request a return date as soon as the briefing on the motion is complete.

      Respectfully,

      Joseph C. Crawford

JCC/ab

cc:   David W. Haller, Esq. (via e-mail)
      Mark P. Zimmett, Esq. (via e-mail)

Application Granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/6/08