UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LEONARDO SEGATT.,                       :
                                        :
                 Plaintiff,             :   07 Civ. 11413 (WHP)
                                        :
        -against-                       :   ORDER REFERRING CASE
                                        :   TO MAGISTRATE JUDGE
GSI HOLDINGS CORP. et al.,              :
                                        :
                 Defendant.             :
                                        :
----------------------------------------X

       The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ____ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositve Motion/Dispute* _____ _____ | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| _X_ | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: May 7, 2009
      New York, New York

                                        _____
                                        UNITED STATES DISTRICT JUDGE
                                        WILLIAM H. PAULEY III

*Counsel of Record:*

Counsel of Record

Mark P. Zimmett, Esq.
126 East 56th Street
New York, NY 10022
*Counsel for Plaintiff*

Joseph C. Crawford, Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia , PA 19103-2799
*Counsel for Defendants GSI Holdings and William J. Branch*

David W. Haller, Esq.
Covington & Burling LLP
620 Eighth Ave.
New York, NY 10018
212-841-1000
*Counsel for Defendants Charlesbank Equity Fund V, LP, CB Offshore Equity Fund V, LP, Charlesbank Equity Coinvestment Fund V LP, Charlesbank Coinvestment Partners LP, Charlesbank Equity Fund V GP, LP and Charlesbank Capital Partners LLP*

*Copy Mailed To:*

Hon. James C. Francis