UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARDO SEGATT,

                                      Plaintiff,

- against -

GSI HOLDINGS CORP., WILLIAM J. BRANCH, CHARLESBANK EQUITY FUND V, LIMITED PARTNERSHIP, CB OFFSHORE EQUITY FUND V, L.P., CHARLESBANK EQUITY COINVESTMENT FUND V, LIMITED PARTNERSHIP, CHARLESBANK COINVESTMENT PARTNERS, LIMITED PARTNERSHIP, CHARLESBANK EQUITY FUND V GP, LIMITED PARTNERSHIP and CHARLESBANK CAPITAL PARTNERS, LLC,

                                      Defendants.

No.: 07 Civ. 1413 (WHP)(JCF)
ECF Case

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned hereby agree that this action is dismissed with prejudice and without costs.

Dated: New York, New York
        July 6, 2009

PEPPER HAMILTON LLP
Attorneys for Defendants GSI Holdings Corp.
and William J. Branch

By: _____
      Joseph C. Crawford

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
(215) 981-4409

LAW OFFICES OF MARK P. ZIMMETT
Attorneys for Plaintiff

By: _____
      Mark P. Zimmett (MZ 8735)

126 East 56th Street
New York, New York 10022
(212) 755-0808

COVINGTON & BURLING LLP
Attorneys for Charlesbank Equity Fund V,
Limited Partnership, CB Offshore Equity Fund
V, L.P., Charlesbank Equity Coinvestment
Fund V, Limited Partnership, Charlesbank
Coinvestment Partners, Limited Partnership,
Charlesbank Equity Fund V GP, Limited
Partnership and Charlesbank Capital Partners,
LLC

By: _____
　　　　　David W. Haller

New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 841-1057